NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HICKEY CREEK DEVELOPMENT, )
LLC; SUMMIT CAPITAL & )
DEVELOPMENT CORPORATION; )
RSW DEVELOPMENT CORP.; and )
EDWARD L. OLAH, a/k/a EDWARD )
LEE OLAH, )
)
       Appellants, )
)
v. )     Case No. 2D18-1551
)
EDGEWATER OPPORTUNITY FUND )
III, LLC; FLORIDA COMMUNITY )
BANK; and OLD REPUBLIC )
NATIONAL TITLE INSURANCE )
COMPANY, )
)
       Appellees. )
_____ )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Lee
County; Alane Laboda, Judge.

Linda K. Yerger of Yerger/Tyler P.A.,
Naples, for Appellants.

Martin S. Awerbach and Jacqueline F.
Perez of Awerbach\Cohn, Clearwater,
For Appellee Old Republic National
Title Insurance Company.

Christopher D. Donovan of Roetzel &
Andress, LPA, Naples, for Appellee
Edgewater Opportunity Fund III, LP.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.